# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**MAB INDUSTRIES CORPORATION,**

> **Plaintiff,**

> **v.**

**CHANNINGWAY CENTER LLC,**

> **Defendant.**

**Civil Action 2:23-cv-3083**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Motion for Stay (ECF No. 25).

Therein, the parties jointly request a stay of all deadlines, hearings, and proceedings in this case

until the Court has resolved Defendant's Motion to Dismiss (ECF No. 11). For good cause

shown, the Motion (ECF No. 25) is **GRANTED**. This case is **STAYED** pending the Court's

resolution of Defendant's Motion to Dismiss (ECF No. 11). If the Motion to Dismiss is denied in

whole or in part, the parties are **ORDERED** to file a joint proposed case schedule to address any

outstanding discovery, dispositive motions, and mediation deadlines **WITHIN FOURTEEN**

**DAYS** of such ruling.

> **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE